IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. GOMEZ, | No. C 12-2338 WHA (PR) |
| Petitioner, | **ORDER APPOINTING COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| G. LEWIS, Warden, | |
| Respondent. | (Dkt. 8) |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus. The case was referred to the Federal Public Defender to find representation for petitioner. The Federal Public Defender has filed a motion to appoint himself as counsel.

IT IS HEREBY ORDERED THAT: Steven G. Kalar, Esq., Federal Public Defender for the Northern District of California is appointed as counsel for petitioner in this matter pursuant to 18 U.S.C. 3006A as counsel for petitioner.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **May 30, 2013 at 11:00 a.m.** in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting dates for briefing and oral argument. No later than **May 23, 2013**, the parties shall file a joint case management statement pursuant to Civil Local Rule 16-9.

The clerk shall add petitioner's appointed counsel to the docket, and serve a copy of this order upon counsel for both parties.

**IT IS SO ORDERED.**

Dated: March __5__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\GOMEZ2338.APTCSL2.wpd