1
2
3
4
5
6
7
8
9

**United States District Court**
For the Northern District of California

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE ALEXANDER GOMEZ,

        Petitioner,

  v.

GREEN LEWIS, Warden,

        Respondent.

_____/

No. C 12-02338 WHA

**ORDER SETTING
STATUS CONFERENCE**

      As stated at today's hearing, the parties' request to continue this matter and set a status conference on December 5, 2013, is **GRANTED**.  The parties should file a joint status update by December 2, 2013.

      **IT IS SO ORDERED.**

Dated:  May 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE