United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE ALEXANDER GOMEZ,

    Petitioner,

v.

GREEN LEWIS, Warden,

    Respondent.
                              /

No. C 12-02338 WHA

**ORDER SETTING STATUS CONFERENCE**

As stated at today's hearing, the parties' request to continue this matter and set a status conference on December 5, 2013, is **GRANTED**. The parties should file a joint status update by December 2, 2013.

**IT IS SO ORDERED.**

Dated: May 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE