IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE A. GOMEZ,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**G. LEWIS, Warden,**<br><br>　　　　　　　　　　　　Respondent. | Case No. C 12-2338 WHO (PR)<br><br>**ORDER DENYING CONTINUANCE OF DECEMBER 10, 2013 CASE MANAGEMENT CONFERENCE** |

Having reviewed the Joint Case Management Conference Statement submitted by the parties on December 3, 2013, the court declines to vacate the Case Management Conference currently scheduled for December 10, 2013 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco.

SO ORDERED.

Dated: December 4, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1