STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Petitioner GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE A. GOMEZ, )
) No. C 12-2338 JD
        Petitioner, )
) STIPULATION AND [PROPOSED]
   v. ) ORDER CONTINUING CASE
) MANAGEMENT CONFERENCE
G. LEWIS, Warden, )
) Honorable James Donato
        Respondent. )
)

On June 13, 2014, the Court issued a clerk's notice setting a Case Management Conference in the above-captioned matter for July 2, 2014, at 1:30 p.m. Unfortunately, undersigned counsel are unavailable on that date. The next available date is July 23, 2014, at 1:30 p.m. Accordingly, the parties stipulate and jointly request that the Court continue the Case Management Conference to July 23, 2014, at 1:30 p.m. In the meantime, the parties will comply with the Court's order to file a Case Management Statement by June 25, 2014.

IT IS SO STIPULATED.

KAMALA HARRIS
Attorney General of California
PHILLIP LINDSAY
Supervising Deputy Attorney General

DATED: June 18, 2014

_____/s/_____
AMANDA MURRAY
Deputy Attorney General
Attorneys for Respondent

DATED: June 18, 2014

_____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Petitioner

IT IS SO ORDERED.

DATED: 6/18/14

_____
JAMES DONATO
United States District Judge

STIP. & PROP. ORDER                     2