UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORGE ALEXANDER GOMEZ,

          Plaintiff,

      v.

GREEN LEWIS, et al.,

          Defendants.

Case No.  3:12-cv-02338-JD

**HEARING ORDER**

Pursuant to the Court's August 25, 2015 order granting an evidentiary hearing on Mr. Gomez's plea agreement claim, Dkt. No. 34, the hearing is set for **December 16, 2015, at 2:00 p.m.**

The parties should file a joint statement 14 days before the hearing that lists all proposed witnesses and the anticipated subject matter of their testimony, identifies all proposed exhibits, and estimates the time needed for the hearing.  Based on the Court's review of the record and the single issue for the hearing, the Court anticipates no more than a half day of trial will be needed. If the parties think otherwise, they should explain why in the statement.

     **IT IS SO ORDERED.**

Dated:  September 3, 2015

_____

JAMES DONATO
United States District Judge