UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEXANDER GOMEZ,<br><br>    Petitioner,<br><br>v.<br><br>SUZANNE M. PEERY,<br><br>    Respondent. | Case No.   3:12-cv-02338-JD<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 47, 48 |

   Petitioner's counsel represents that the respondent intends to hold petitioner indefinitely while an appeal from the Court's February 27, 2016 order is considered, even though no stay of the Court's order has been sought.  Dkt. No. 47 at 1; Dkt. No. 48 ¶ 3.

   Based on this representation, respondent is ordered to appear in court on March 10, 2016 at 10:30 a.m. to show cause why she should not be sanctioned for violating the Court's order on February 27, 2016.

   Respondent's response is due by 5:00 p.m. on March 7, 2016, and petitioner's reply is due by 5:00 p.m. on March 9, 2016.

   **IT IS SO ORDERED.**

Dated:  March 3, 2016

_____
JAMES DONATO
United States District Judge